RECP #150479    CK #112

VIRGIL E. BROWN JR.
ATTORNEY AT LAW
2136 NOBLE ROAD
CLEVELAND, OHIO  44112
(216) 851-3304
FAX (216) 851-2900

June 21, 2010

Clerk of Court
United States Bankruptcy Court
201 Superior Avenue
Cleveland, Ohio  44113

Re: Perrotti, Randolph P.
    Bankruptcy Case 08-19062

Pursuant to Bankruptcy Rule 3010 and/or Code Section 347 we are submitting the enclosed small dividend check and/or unclaimed funds for the above case:

Amount:                                    $   5.96
Creditor:                          Auto Shine & More LLC
                                   5539 Northridge Road
                                   Madison, Ohio  44057

Proof of Claim amount                      $120.00

Check Number                                  108

Please let us know if you have any questions.

Sincerely,

Virgil E. Brown, Jr.
VEB/mmb

*FILED 2010 JUN 21 PM 1:35 U.S. BANKRUPTCY COURT NORTHERN DISTRICT OF OHIO CLEVELAND*